UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-3624
_____

PNY TECHNOLOGIES INC;
PNY TECHNOLOGIES EUROPE,
                         Appellants

v.

TWIN CITY FIRE INSURANCE COMPANY

_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No.: 2-11-cv-04647)
District Judge: Honorable Stanley R. Chesler

_____

Submitted under Third Circuit LAR 34.1(a)
On June 1, 2015

Before: RENDELL, HARDIMAN, and VANASKIE, <u>Circuit Judges</u>

### **JUDGMENT**

This case came on to be heard on the record from the United States District Court

for the District of New Jersey and was submitted under Third Circuit LAR 34.1(a) on

June 1, 2015.

On consideration whereof, it is now here

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered on July 17, 2014, be and the same, is hereby **AFFIRMED**.

Costs taxed against the Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: June 11, 2015