# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PNY TECHNOLOGIES, INC. and PNY TECHNOLOGIES EUROPE,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 11-CV-04647<br>(SRC)(CLW)<br><br>[PROPOSED] ORDER IMPLEMENTING THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT'S MANDATE AND JUDGMENT |

**WHEREAS** on July 6, 2015 the United States Court of Appeals for the Third Circuit issued a mandate affirming the July 17, 2014 Judgment of the United States District Court for the District of New Jersey granting Defendant Twin City Fire Insurance Company summary judgment, and for good cause shown; and

**WHEREAS** the July 6, 2015 mandate issued by the United States Court of Appeals for the Third Circuit taxed costs against Plaintiffs PNY Technologies, Inc. and PNY Technologies Europe.

It is on this  20  day of  Jul  , 2015:

**ORDERED** that the Defendant Twin City Fire Insurance Company's Motion for Summary Judgment is granted; and it is further

**ORDERED** that, consistent with the United States Court of Appeals for the Third Circuit's July 6, 2015 mandate, Defendant Twin City Fire Insurance Company is hereby awarded

15647213v.1

its costs on the appeal of $631.96.

, U.S.D.J

15647213v.1